UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR.S-06-0014-MCE |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RONALD LYERLA, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RONALD LYERLA , Case No.  CR.S-06-0016-MCE , Charge  18USC § 2252(a)(4)(B) and 18USC § 2253 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __ Release on Personal Recognizance

   ~~✓ Bail Posted in the Sum of $~~ /s/

   ✓ Unsecured Appearance Bond  $25,000.00

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond with Surety

   __ Corporate Surety Bail Bond

   ✓ (Other)    Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 17, 2006  at  2:00 pm .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court