1 | JOE GAZZIGLI
State Bar No. 045211
2 | Post Office Box 992256
Redding, California 96099-2256
3 | (530)241-6900
FAX (530)241-0257
4
5 | Attorney for Defendant,
RONALD LYERLA

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

RONALD LYERLA,

          Defendants.
_____/

**CASE NO.** 2:06-cr-0014 MCE

STIPULATION AND REQUEST FOR ORDER TO CONTINUE STATUS CONFERENCE

## **STIPULATION**

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the STATUS CONFERENCE scheduled for March 14, 2006 at 8:30 am in Department 11 be continued to April 11, 2006 at 8:30 am in Courtroom 3.

This request is made by reason of the fact that the Plaintiff and the Defendant are in continuing negotiations and both parties have been informed that he Court is in Trial starting on Monday March 13, 2006.

Therefore, it has been agreed to by both parties that it is in their best interest to have the Status Conference continued to April 11, 2006 at 8:30 am in Courtroom 3.

1

The Defendant is further willing to waive time pursuant to General Rule 92 and the seventy (70) day rule of law.

Further, Mr. Gazzigli is authorized to do this on behalf of his client, the Defendant, Ronald Lyerla and the Defendant does agree with this request.

We declare this under penalty of perjury under the laws of the United States of America.

Respectfully Submitted:

Date:   March 10, 2006

**/s/CAROLYN DELANEY**
Assistant US Attorney


/s/**JOE GAZZIGLI**
Attorney for the Defendant


### ORDER

Good cause being made it is hereby ordered and decreed that the Status Conference currently set for March 14, 2006 be continued to April 11, 2006 at 8:30 am in Department 11 and that the Defendant and his counsel will be present at the aforesaid date and time.

Date: March 15, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2