JOE GAZZIGLI
State Bar No. 045211
Post Office Box 992256
Redding, California 96099-2256
(530)241-6900
FAX (530)241-0257

Attorney for Defendant,
RONALD LYERLA

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD LYERLA,

    Defendant.
_____/

**CASE NO.** 2:06-cr-0014-MCE

STIPULATION AND REQUEST FOR ORDER TO MODIFY OF PRE- TRIAL RELEASE CONDITIONS

**STIPULATION**

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO that the PRETRIAL RELEASE TERMS AND CONDITIONS be modified as follows:

    1.    Condition # 6 be deleted in its entirety

    2.    Condition # 13 be deleted in its entirety

    3.    Condition # 3 be modified to shall be restricted to the Eastern District of Tenneesee without prior consent of the Pre-trial Services Probation Office.

    This request is made by reason of the fact that the defendant, Ron Lyerla, has a daughter who lives in Wartrace, Tennessee and he would very much like to reside with her prior to his self-surrender on or before September 5, 2006.

1

Mr. Gazzigli and Ms. Delaney, Assistant US Attorney, have discussed this matter and the Government has no objection to the these modification or the defendant's travel to Tennessee. This matter has also be discussed with Pretrial Services Chief Bob Duncan and he too has no objection in this regard.

The Defendant is also hopeful that he will be imprisoned in a facility in Tennessee and subsequently released thereto so he can be close to his daughter after his release.

Further, Mr. Gazzigli is authorized to do this on behalf of his client, the defendant, Ronald Lyerla, and the defendant does agree with this request.

We declare this under penalty of perjury under the laws of the United States of America.

Respectfully Submitted:

Date:   July 27, 2006

/s/ *Carolyn Delaney*
**CAROLYN DELANEY**
Assistant US Attorney

/s/  *Joe Gazzigli*
**JOE GAZZIGLI**
Attorney for the Defendant

### ORDER

Good cause being made it is hereby ordered and decreed that Pre-Trial conditions # 6 and 13 be deleted and condition # 3 be modified to allow relocation to the Eastern District of Tennessee prior to the defendant's self-surrender on September 5, 2006.

DATED: July 31, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE