McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-0014-MCE |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| RONALD OLLEN LYERLA, | ) | |
| Defendant. | ) | |

WHEREAS, on April 26, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Ronald Ollen Lyerla forfeiting to the United States the following properties:

        a.  an Asus laptop computer, serial number 24NP030690,

        b.  an Asus laptop computer, serial number 24NP030709,

        c.  approximately 45 CD-R's,

        d.  approximately 16 3.5"floppy discs, and

        e.  1 compact flash card.

///

///

1

1  AND WHEREAS, on May 26, June 02 and June 06, 2006, the United States published notification of the Court's Preliminary Order of Forfeiture in the <u>Record Searchlight</u> (Shasta County), a newspaper of general circulation located in the county in which the subject properties were seized.  Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited properties;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject properties, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed properties pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Ronald Ollen Lyerla.

2. All right, title, and interest in the above-described properties shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject properties until they are disposed of according to law.

IT IS SO ORDERED.

DATED: August 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE